**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

    vs.

JUDGMENT IN A CRIMINAL CASE

Case Number:  7:07-CR-247 (GHL)

BAYLOR SMITH

Seth Buchman, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Operating a motor vehicle while ability was impaired by alcohol, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.3 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:  April 7, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $250.00, payable no later than October 31, 2007.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count(s)  1 and 2 of the original Information** are dismissed on motion of the United States.

      August 8, 2007
Date of Imposition of Sentence

      August 16, 2007
DATE SIGNED

George H. Lowe
United States Magistrate Judge